# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| TANYA BROWN, | ) | CASE NO. 1:18 CV 00837 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SOLOMON OLIVER |
| -vs.- | ) | |
| | ) | |
| AMIRAH ABDUL-KAREEM, et al., | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| Defendants. | ) | |

Now comes the Plaintiff, by and through counsel, and presents this Honorable Court with this Notice of Dismissal with prejudice of all claims raised in the Complaint against Defendant Amirah Abdul-Kareem. All claims against all other Defendants are to remain pending.

WHEREFORE, Plaintiff Williams respectfully requests this Honorable Court dismiss all claims against the Defendant Amirah Abdul-Kareem as raised by the Complaint.


Respectfully Submitted,

/s/ Daren Niemi
DAREN NIEMI (0093640)
KENNETH C. PODOR (0014067)
The Podor Law Firm, LLC
33565 Solon Road
Solon, Ohio 44139
Phone: (440) 914-5297
Fax: (440) 914-0377
dniemi@podorlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served via the Clerk's electronic notice system to all parties this 12th day of February, 2019.

    Respectfully submitted,

    /s/ Daren Niemi
    DAREN NIEMI (0093640)
    Kenneth C. Podor (0014067)
    **The Podor Law Firm, LLC**
    *Attorneys for Plaintiff*