IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| TANYA BROWN, | ) | CASE NO. 1:18-CV-837 |
|---|---|---|
| Plaintiff, | ) ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | STIPULATED NOTICE OF DISMISSAL |
| AMIRAH ABDUL-KAREEM, et al., | ) ) | UNDER CIV.R. 41(a)(1)(A)(ii) |
| Defendants. | ) | |

This matter having been settled, Plaintiff respectfully dismisses this matter against all Defendants, with prejudice, each party to bear its own cause.

Dated May 11, 2020.

Respectfully Submitted,

| /s/ Daren Niemi | s/ Matthew D. Greenwell |
|---|---|
| Daren T. Niemi (0093640) | MATTHEW D. GREENWELL (0077883) |
| Kenneth C. Podor (0014067) | Assistant Prosecuting Attorney |
| THE PODOR LAW FIRM, LLC | The Justice Center, Courts Tower –8th Floor |
| 33565 Solon Rd | |
| Solon, Ohio 44139 | 1200 Ontario Street |
| P: (440) 914-5297 | Cleveland, Ohio 44113 |
| F: (440) 914-0377 | (216) 443-7823 |
| E: dniemi@podorlaw.com | (216) 443-7602 (Fax) |
| podorlaw@gmail.com | mgreenwell@prosecutor.cuyahogacounty.us |
| *Attorneys for Plaintiff* | *Counsel for Defendant Cuyahoga County* |